903 A.2d 908

**Kara ZELINSKY**

v.

**John C. BENNETT.**

**No. 82, Sept. Term, 2005.**

Court of Appeals of Maryland.

July 31, 2006.

Charles R. Schaller (Carl N. Zacarias of Schaller & Gorski, LLP, Annapolis, on brief) for Petitioner.

M. Evelyn Spurgin (Samuel J. Brown of Hillman, Brown & Darrow, P.A., Annapolis on brief) for Respondent.

Argued Before BELL, C.J., WILNER, CATHELL, HARRELL, BATTAGLIA, GREENE and JOHN C. ELDRIDGE (Retired, Specially Assigned), JJ.

PER CURIAM ORDER.

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 21st day of July, 2006,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.